**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG (STAUNTON) DIVISION**

**In re:**

**CLIFTON CURTIS CLEMENTS**
**CHRISTINE MARIE CLEMENTS,**

      **CHAPTER 7**

      **Debtors.**

      **CASE NO. 08-51006-RWK-7**

**BAC HOME LOANS SERVICING, L.P.,**
**FKA COUNTRYWIDE HOME LOANS**
**SERVICING, L.P., AS SERVICER FOR**
**WELLS FARGO BANK, NATIONAL**
**ASSOCIATION AS TRUSTEE FOR**
**SECURITIZED ASSET BACKED**
**RECEIVABLES LLC 2005-FR5**
**MORTGAGE PASS-THROUGH**
**CERTIFICATES, SERIES 2005-FR5,**

      **Plaintiff.**

**v.**

**CLIFTON CURTIS CLEMENTS**
**CHRISTINE MARIE CLEMENTS**
**GEORGE I. VOGEL, TRUSTEE,**

      **Defendant(s).**

## PLAINTIFF'S CERTIFICATION REQUIRED WITH RESPECT TO MOTION FOR RELIEF FROM STAY

The undersigned Counsel hereby certifies as follows in support of its Motion for Relief from Stay:

1.    Description of Property:    199 Arrowhead Lane, Stuarts Draft, VA 24477

2.    Copies of Security Instruments:  Copies of the Note and Deed of Trust have been attached to and filed with the Proof of Claim filed by Plaintiff or have been attached as Plaintiff's Exhibit No. 1.

3.    Statement of Amount Due:

    Unpaid Principal:                        $ 200,068.68

<u>Arrears:</u>

| | |
|---|---|
| 4 monthly payments (03/01/10-06/01/10) @ $1,764.39/month | $7,057.56 |
| Prior Bankruptcy Fees and Costs - | 775.00 |
| Bankruptcy Fees and Costs - Motion For Relief | 650.00 |
| Less Debtor Suspense | <843.92> |
| Total | $7,638.64 |

4.   <u>Plaintiff's Valuation of Property</u>:   $251,200.00
<u>Basis of Valuation</u>:      Tax Assessment
Appraisal or other documentation of such valuation, if attached, is identified as <u>Plaintiff's Exhibit No. 2.</u>

I HEREBY CERTIFY, as a Member of the Bar of the Court, that I represent the above-named

Plaintiff and that the information contained herein is true according to the best of my knowledge and belief.

Dated:   June 18, 2010        **/s/ ERIC DAVID WHITE**
Of Counsel
Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
Tel: (804) 290-4290
Fax: (804) 290-4298
Counsel for BAC Home Loans Servicing, L.P., fka
Countrywide Home Loans Servicing, L.P., as
Servicer for Wells Fargo Bank, National
Association as Trustee for Securitized Asset
Backed Receivables LLC 2005-FR5 Mortgage
Pass-Through Certificates, Series 2005-FR5

CERTIFICATE

I certify a true copy of the foregoing Certification was served by regular mail or email this 18th day of June, 2010 on all necessary parties including George I. Vogel, Esquire, Trustee, P.O. Box 18188, Roanoke, VA 24014; Roland S. Carlton, Jr., Esquire, Counsel for Debtors, 118 MacTanly Place, Staunton, VA 24401; and Clifton Curtis Clements and Christine Marie Clements, Debtors, 199 Arrowhead Lane, Stuarts Draft, VA 24477.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.