UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

IN RE:

CLIFTON CURTIS CLEMENTS
CHRISTINE MARIE CLEMENTS,                    Case No. 08-51006-7

       Debtors

BAC HOME LOANS SERVICING, L.P.,
FKA COUNTRYWIDE HOME LOANS
SERVICING, L.P., AS SERVICER FOR
WELLS FARGO BANK, N.A.,

       Movant

v.

CLIFTON CURTIS CLEMENTS
CHRISTINE MARIE CLEMENTS
GEORGE I. VOGEL, TRUSTEE,

       Respondents

**ORDER**

At Harrisonburg in said District, this 21st day of June, 2010.

For reasons deemed sufficient, it is necessary for the undersigned to recuse himself from consideration of the motion for relief filed by BAC Home Loans Servicing, L.P., in the above-referenced case, and it is hereby referred to the Honorable William F. Stone, Jr.  Accordingly, it is

**ORDERED:**

That the motion for relief is scheduled to be heard before Judge Stone on July 12, 2010, at 2:30 p.m. in the designated courtroom located in the United States Courthouse, 116 N. Main Street, Harrisonburg, Virginia, via video conference. Any party in interest may also appear in the designated courtroom located in the Old Federal Building, 210 Church Avenue, Second Floor, Roanoke, Virginia. The hearing previously scheduled for July 7, 2010, is hereby cancelled.

The clerk shall send copies of this order to the Honorable William F. Stone, Jr., to Eric White, Esquire, counsel for BAC Home Loans Servicing, L. P., to Roland S. Carlton, Jr., Esquire, counsel for the debtors; and to George I. Vogel, Trustee.

/s/ Ross W. Krumm
Ross W. Krumm
U. S. Bankruptcy Judge