**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA**
Harrisonburg Division

| | | |
|---|---|---|
| In the Matter of : | : | |
| CLIFTON C. CLEMENTS, | : | Chapter 7 |
| | : | Case No. 08-51006 |
| Debtor. | : | |
| FORD MOTOR CREDIT COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | |
| CLIFTON C. CLEMENTS, | : | |
| and | : | |
| GEORGE I. VOGEL, TRUSTEE, | : | |
| Defendants. | : | |

## DEFAULT ORDER

THIS MATTER having come before this Court on the Motion of Ford Motor Credit Company ("FMCC") for Relief From the Automatic Stay in order to repossess and liquidate certain secured property of Clifton Clements ("Debtor"); namely a 2002 Ford Windstar, Vehicle Identification Number 2FMZA53403BB51189 (the "vehicle"),

Kevin M. O'Donnell, VSB #30086
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
(703) 548-2100
Counsel for Ford Motor Credit Company

1

AND IT APPEARING, that the Debtor and FMCC entered into a Retail Installment Contract for the sale of said vehicle on January 27, 2004, and that said contract provides for monthly payments by the Debtor to FMCC of $449.95,

AND IT APPEARING, that FMCC has properly perfected its lien against said vehicle under the original contract,

AND IT APPEARING, that the Debtor has failed to make payments to FMCC since October, 2008, and that the Debtor is currently in arrears in the amount of $8,994.68,

AND IT APPEARING, that no responsive pleadings have been filed by the Debtor,

AND IT APPEARING, that good cause exists to grant the motion of FMCC as filed herein, it is hereby,

ORDERED, that the Automatic Stay imposed by 11 U.S.C. 362 is hereby lifted as to the secured property identified herein.

Dated:  June 29, 2010

_____
Hon. Ross W. Krumm
United States Bankruptcy Judge

I Ask For This:

/s/ Kevin M. O'Donnell
Kevin M. O'Donnell, Esquire
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, Virginia 22314
(703) 548-2100
VSB#: 30086
Counsel for the Plaintiff

2

3

3